Dexter Dumount MACK *v.* STATE of Arkansas

CR 94-726                                      882 S.W.2d 672

Supreme Court of Arkansas
Opinion delivered September 19, 1994

*Paul Johnson*, for appellant.

No response.

■ PER CURIAM. Dexter Dumount Mack was convicted of possession of a firearm and sentenced to six years in the Arkansas Department of Correction. Appellant's counsel, Paul Johnson, filed notice of appeal. However, the notice was filed prior to the entry of the judgment and, hence, of no effect. Ark. R. App. P. 4; *Woods* v. *State*, 316 Ark. 705, 875 S.W.2d 58 (1994); *Kelly* v. *Kelly*, 310 Ark. 244, 835 S.W.2d 869 (1992). Mr. Johnson has acknowledged his mistake in failing to determine that judgment had been entered prior to the notice of appeal and, accordingly, we grant the motion for belated appeal and direct that a copy of this order be filed with the Committee on Professional Conduct. See our Per Curiam opinion *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979).